|   |   |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN 161432) |
|   | MICHAEL K. BRISBIN (SBN 169495) |
| 2 | WILSON, ELSER, MOSKOWITZ, |
|   | EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|   | San Francisco, CA 94105 |
| 4 | Telephone: (415) 433-0990 |
|   | Facsimile: (415) 434-1370 |

Attorneys for Defendant
FEDERATED DEPARTMENT STORES, INC.
GROUP LONG-TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| KAREN BELLONE, | ) | Case No.: C06-07403 JW RS |
|---|---|---|
| Plaintiff, | ) | **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | ) | |
| FEDERATED DEPARTMENT STORES, INC. GROUP LONG-TERM DISABILITY PLAN, | ) | |
| Defendant. | ) | |

---

1

JOINT STIPULATION TO DISMISS WITH PREJUDICE
USDC NDCA Case No.: C06-07403 JW RS
281781.1

1  To the Honorable James Ware:

2      The parties having reached a settlement and completed all settlement documents in this case,

3  **IT IS HEREBY STIPULATED**, that this case be dismissed with prejudice, each party to bear their

4  own costs and fees.

6  Dated: May 22, 2007

7                                                     By:      /s/ **SCOTT E. SHAFFMAN**

8                                                           SCOTT E SHAFFMAN  
Attorney for Plaintiff  
KAREN BELLONE

10  Date: May 22, 2007                WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

12                                                          By:

13                                                       Adrienne C. Publicover  
Michael K. Brisbin  
Attorneys for Defendant  
FEDERATED DEPARTMENT STORES, INC.  
GROUP LONG-TERM DISABILITY PLAN

---

2

JOINT STIPULATION TO DISMISS WITH PREJUDICE  
USDC NDCA Case No.: C06-07403 JW RS  
281781.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Good cause appearing, **IT IS HEREBY ORDERED**, that this case is dismissed with prejudice, each party to bear their own costs and fees.

Dated:   May 25 2007

_____
Honorable James Ware
Judge, United States District Court, Northern District

## PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On this date I served the following document(s):

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX:** **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Scott E. Shaffman, Esq.
98 Del Monte Avenue, Suite 200
Monterey, CA 93940
Tel:   (831) 333-0321
Fax:   (831) 333-9012
Email: sshaffman@aol.com

*Attorney for Plaintiff KAREN BELLONE*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED May 22, 2007, at San Francisco, California.

*Joya Yeung*